Case 2:10-bk-35693-BB    Doc 31    Filed 08/13/10    Entered 08/13/10 17:44:02    Desc
Main Document    Page 1 of 15

Anthony O. Egbase (SBN 181721)
**LAW OFFICES OF ANTHONY O. EGBASE & ASSOCIATES**
350 S. Figueora Street., Ste 189
Los Angeles, CA 90071
(213) 620-7070
(213) 620-1200 Facsimile

Proposed Attorney for Debtor-in-possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: **2:10-bk-35693-BB** |
| | Chapter 11 |
| **TOMAS MARTINEZ,** | NOTICE OF ORDER GRANTING APPLICATION AND NOTICE OF HEARING ON DEBTOR'S MOTION TO USE CASH COLLATERAL AND MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENTS TO UTILITY COMPANIES |
| Debtor-in-possession. | |
| | PROOF OF SERVICE ATTACHED HEREIN |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL SECURED CREDITORS AND THEIR COUNSEL (IF KNOWN), 20 LARGEST UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

  **PLEASE TAKE NOTICE** that, on August 13, 2010 THE Court granted debtor's order shortening time on the motions: Emergency Motion for Order: (1) Authorizing Debtor and Debtor in Possession to Use Cash Collateral and Scheduling a Final Hearing Thereon (2) Emergency Motion for Order Determining Adequate Assurance of Payment for Postpetition Utility Service and scheduled hearings as follows:

  1. Emergency Motion for Order: (1) Authorizing Debtor and Debtor in Possession to Use Cash Collateral and Scheduling a Final Hearing Thereon on August 25, 2010 at 2:00 p.m.

  2. Emergency Motion for Order Determining Adequate Assurance of Payment for

Postpetition Utility Service, on August 25, 2010 at 2:00 p.m.

Copy of the order Setting Hearing on Shortened Notice on the above is attached herein.

Dated: August 12, 2010                    Law Offices of Anthony O. Egbase & Associates

By _____/s/ Anthony O. Egbase_____

Anthony O. Egbase
Proposed Attorney for Debtor-in-possession

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase, Esq. SB#181721<br>Law Offices of Anthony O. Egbase & Associates<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>Tel: (213) 620-7070; Fax: (213) 620-1200<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtors* | **FILED & ENTERED**<br><br>AUG 13 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY wesley    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES    DIVISION**

| In re:<br><br><br>TOMAS MARTINEZ<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:10-bk-35693-BB<br>CHAPTER: 11<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion:* **Debtor's Use of Cash Collateral and Motion for Entry of an Order Authorizing debtor to Provide Adequate Assurance of Future Payment to Utility Companies**

    b. *Date of filing of motion:* **8/11/2010**

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):

    a. *Date of filing of Application:* **August 12, 2010**

3. Based upon the court's review of the application, **IT IS ORDERED THAT:**

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                                Page 1                                                **F 9075-1.2.ORDER**

a. ☐ **The Application is denied**. The motion may be brought on regular notice pursuant to LBRs.

b. ☒ **The Application is granted, and IT IS FURTHER ORDERED THAT**:

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing Date:** August 25, 2010<br>**Time:** 2:00 p.m.<br>**Courtroom:** 1475, 14th floor | **Place:**<br>☒ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| a. _Deadlines:_<br>Date:<br>Time: | b. _Persons/entities to be provided with telephonic notice:_<br><br>☐ See attached page<br><br>c. _Telephonic notice is also required upon_ the United States trustee |
|---|---|

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

a. ☐ Personal Delivery    ☒ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

| b. _Deadlines:_<br>Date: **August 13, 2010**<br>Time: **5:00 p.m.** | c. _Persons/entities to be served with written notice and a copy of this order:_<br><br>☒ See attached page<br><br>d. _Service is also required upon_:<br>— United States trustee _(electronic service is not permitted)_<br>— Judge's Copy personally delivered to chambers _(see Court Manual for address)_ |
|---|---|

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009    Page 2    F 9075-1.2.ORDER

a.  ☐ Personal Delivery    ☒ Overnight Mail    ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

b. <u>Deadlines:</u>
Date: **August 13, 2010**

Time: **5:00 p.m.**

c. <u>Persons/entities to be served with motion, declarations, supporting documents:</u>

Gas Company
PO Box 800
San Dimas, CA 91773

Southern California Edison
P.O. Box 600
Rosemead, CA 91771

Water Power, DWP
PO Box 51111
Los Angeles, CA 90051

EMC Mortgage
P.O Box 660753
Dallas, TX 75266-0753

BAC Home Loan Servicing, Lp
PO Box 10219
Van Nuys, CA 91410

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065

HSBC
PO BOX 60102
City of Industry, CA 91716

☐ See attached page

d. <u>Service is also required upon</u>:
-- United States trustee *(no electronic service permitted)*
-- Judge's Copy personally delivered to chambers (see *Court Manual for address*)

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009          Page 3          **F 9075-1.2.ORDER**

(5) ☒ Regarding **opposition to the motion**

  ☐ opposition to the motion may be made **orally** at the hearing

  ☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

  a. ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

  | b. *Deadlines:* | c. *Persons/entities to be served with written opposition to the motion:* |
  |---|---|
  | Date: **August 23, 2010** | — movant's attorney (or movant, if movant is not represented by an attorney) |
  | Time: **12:00 p.m.** | d. *Service is also required upon:*<br>— United States trustee (*electronic service is not permitted*)<br>— Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

  ☒ a reply to opposition may be made **orally** at the hearing.

  ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

  a. ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

  | b. *Deadlines:* | c. *Persons/entities to be served with written reply to opposition:* |
  |---|---|
  | Date: | — All persons/entities who filed a written opposition |
  | Time: | d. *Service is also required upon:*<br>— United States trustee (*electronic service is not permitted*)<br>— Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(7) ☐ Other requirements:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009    Page 4    F 9075-1.2.ORDER

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **Judge's Copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

☐ at least 2 days before the Hearing.

☒ no later than:    Date: **August 13, 2010**    Time: **5:00 p.m.**

\* Service by electronic means (facsimile or email) requires compliance with FRCP 5(b)(2)(E).

####

DATED: August 13, 2010

_____
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009    Page 5    F 9075-1.2.ORDER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071

A true and correct copy of the foregoing document described **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   **NOTE:** - *Proposed orders are not docketed. Therefore, do not list any addresses in Category I.*


**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  8/12/2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Department of Justice, United States Trustee, 725 S. Figueroa Street, Suite 2600, Los Angeles, CA 90017

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/12/2010 | Joanne Sanchez | /s/ Joanne Sanchez |
|---|---|---|
| Date | Type Name | Signature |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                           Page 6                           **F 9075-1.2.ORDER**

AAA
PO Box 25001
Santa Ana, CA 92799

Ana Manzo
707 N. Cummings Street,
Los Angeles, CA 90033

BAC Home Loan Servicing, Lp
PO Box 10219
Van Nuys, CA 91410

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065

Bank Of America
450 American St # Sv-416
Simi Valley, CA 93065

Bank of America
1801 Broadway
San Antonio, TX 78215

Bank of America
P.O. Box 7047
Dover, DE 19903

Calvary Portfolio Services
Attention: Bankruptcy Department
Po Box 1017
Hawthorne, NY 10532

Chase
P.O. Box 94014
Palatine, IL 60094

Chase Bank
P.O. Box 78148
Phoenix, AZ 85062

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Collection Consultants
6100 San Fernando Rd Ste

Glendale, CA 91201

Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Edison
P.O. Box 800
Rosemead, CA 91770

EMC Mortgage
P.O Box 660753
Dallas, TX 75266-0753

Gas Company
PO Box 800
San Dimas, CA 91773

Hilco Rec
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089

Home Depot
PO Box 6028
The Lakes, NV 88901

HSBC
PO BOX 60102
City of Industry, CA 91716

Kaiser Permanente
Attn: Visiting Members
P.O. Box 34585
Seattle, WA 98124

Kaiser Permanente
P.O. Box 34585
Seattle, WA 98124

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Lowe's
P.O. Box 530914
Atlanta, GA 30353-0914

Main Street Acquisiton
3950 Johns Creek Ct Ste
Suwanee, GA 30024

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                    Page 7                    F 9075-

**1.2.ORDER**

Nissan Motor Acceptance Corporation
P.O. Box
Dallas, TX 75266-0366

OneWest Bank
P.O.box 78826
Phoenix, AZ 85062-8826

Pite Duncan, LLP
EMC Mortgage Corporation
4375 Jutland Drive, Suite 200
San Diego, CA 92177

United States Trustee
725 So. Figueroa St.
26th Floor
Los Angeles, CA 90017

Upfront Rewards
Po Box 888377
Grand Rapids, MI 49588

Verizon
P.O. Box 165018
Columbus, OH 43216

Water Power, DWP
PO Box 51111
Los Angeles, CA 90051

Wells Fargo Bank
Po Box 5445
Portland, OR 97228

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                              Page 8                                         F 9075-

**1.2.ORDER**

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed order or judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ___APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE___
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _August 12, 2010_, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Russell Clementson**   russell.clementson@usdoj.gov
- **Anthony Egbase**   info@anthonyegbaselaw.com
- **Ramesh Singh**   claims@recoverycorp.com
- **Balpreet Thiara**   ecfcacb@piteduncan.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Gas Company
PO Box 800
San Dimas, CA 91773

Southern California Edison
P.O. Box 600
Rosemead, CA 91771

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** No later than the deadline specified in paragraph 3.b.(3) of this order, the party lodging the order must serve a complete copy bearing an "Entered" stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by paragraph 3.b.(3).

☒ Service information continued on attached page

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                Page 9                F 9075-

**1.2.ORDER**

AAA
PO Box 25001
Santa Ana, CA 92799

BAC Home Loan Servicing, Lp
PO Box 10219
Van Nuys, CA 91410

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065

Bank Of America
450 American St # Sv-416
Simi Valley, CA 93065

Bank of America
1801 Broadway
San Antonio, TX 78215

Bank of America
P.O. Box 7047
Dover, DE 19903

Calvary Portfolio Services
Attention: Bankruptcy Department
Po Box 1017
Hawthorne, NY 10532

Chase
P.O. Box 94014
Palatine, IL 60094

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Collection Consultants
6100 San Fernando Rd Ste
Glendale, CA 91201

Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

Edison
P.O. Box 800
Rosemead, CA 91770

EMC Mortgage
P.O Box 660753
Dallas, TX 75266-0753

Gas Company
PO Box 800
San Dimas, CA 91773

Hilco Rec
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089

Home Depot
PO Box 6028
The Lakes, NV 88901

HSBC
PO BOX 60102
City of Industry, CA 91716

Kaiser Permanente
Attn: Visiting Members
P.O. Box 34585
Seattle, WA 98124

Kaiser Permanente
P.O. Box 34585
Seattle, WA 98124

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Lowe's
P.O. Box 530914
Atlanta, GA 30353-0914

Main Street Acquisiton
3950 Johns Creek Ct Ste
Suwanee, GA 30024

Nissan Motor Acceptance Corporation
P.O. Box
Dallas, TX 75266-0366

OneWest Bank
P.O.box 78826
Phoenix, AZ 85062-8826

Pite Duncan, LLP

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                Page 10                                F 9075-

1.2.ORDER

EMC Mortgage Corporation
4375 Jutland Drive, Suite 200
San Diego, CA 92177

Upfront Rewards
Po Box 888377
Grand Rapids, MI 49588

Verizon
P.O. Box 165018
Columbus, OH 43216

Water Power, DWP
PO Box 51111
Los Angeles, CA 90051

Wells Fargo Bank
Po Box 5445
Portland, OR 97228

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                    Page 11                    F 9075-

**1.2.ORDER**

| In re: | | CHAPTER: 11 |
|---|---|---|
| Tomas Martinez | Debtor(s). | CASE NUMBER: 2:10-bk-35693-BB |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**World Trade Center, 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described as __NOTICE OF ORDER GRANTING APPLICATION AND NOTICE OF HEARING ON DEBTOR'S MOTION TO USE CASH COLLATERAL AND MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENTS TO UTILITY COMPANIES__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __8/13/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Office of the US Trustee- Russell Clementson russell.clementson@usdoj.gov
- Attorney for Debtor- Anthony Egbase info@anthonyegbaselaw.com
- Attorney for Creditor - Ramesh Singh claims@recoverycorp.com
- Attorney for Creditor- Balpreet Thiara ecfcacb@piteduncan.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __8/13/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Overnight Mail:**
- The Gas Company, 555 W. 5th Street, 17th Floor, Los Angeles, CA
- DWP- Authorized to Accept Service: Secretary to Board of Commissioners- Barbara E. Moschos, 111 N. Hill Street, Rm 1555, Los Angeles, CA 90012
- Southern California Edison, 2244 Walnut Grove, Rosemead, CA 91770
- BAC Home Loans Servicing, LP.: 450 American Street, Simi Valley, CA 93065
- Authorized to Accept Service- BAC Home Loans Servicing- Agent for Service of Process CT Corporation 818 W. Seventh Street, Los Angeles, CA 90017
- Authorized to Accept Service- HSBC Mortgage Services- Agent for Service of Process CT Corporation 818 W. Seventh Street, Los Angeles, CA 90017
- Authorized to Accept Service- EMC Mortgage Corporation - Agent for Service of Process CT Corporation 818 W. Seventh Street, Los Angeles, CA 90017

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __8/13/2010__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 9013-3.1
Best Case Bankruptcy

| In re: | | CHAPTER 11 |
|---|---|---|
| Tomas Martinez | Debtor(s). | CASE NUMBER 2:10-bk-35693-BB |

United States Trustee
725 S. Figueroa Street, 26th Floor, Los Angles 90017

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/13/2010 | JOANNE SANCHEZ | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy