Anthony O. Egbase, Esq. SB#181721
Law Offices of Anthony O. Egbase & Associates
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Tel: (213) 620 -7070; Fax: (213) 620 -1200

Attorney for Debtor and Debtor-in- Possession

FILED & ENTERED

SEP 13 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**TOMAS MARTINEZ**<br><br>**DBA Cucamonga Redwood Nursery Products** | CASE No.: 2-10-BK-35693-BB<br><br>Chapter 11<br><br>INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL ON INTERIM BASIS PENDING A FINAL HEARING<br><br><u>Hearing</u><br>Date: September 28, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom No. 1475<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

At the above-referenced date, time, and location, the Court held a hearing on the

Emergency Motion for an Order Authorizing the Use of Cash Collateral on an Interim Basis

Pending a Final Hearing (the "Motion") filed by **TOMAS MARTINEZ DBA Cucamonga**

**Redwood Nursery Products** ("Debtor"), the debtor and debtor in possession in the above-

captioned chapter 11 bankruptcy case. Appearances were made as set forth on the record of the Court. Upon consideration of the Notice of the Motion, the Motion, the Memorandum of Points and Authorities in support of the Motion, any evidence in support of the foregoing duly admitted into evidence by the Court, the arguments of counsel made at the hearing on the Motion, the record in this case and that no oppositions to the Motion were made, and for good cause shown,

IT IS HEREBY ORDERED, as follows:

1. Notice of the Motion was appropriate under the circumstances and complied with the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules, as may have been modified by the Court.

2. The Motion is granted on an interim basis pending a final hearing, which shall be held on September 28, 2010 at the above-referenced location (the "Final Hearing").

3. Between the petition date and the conclusion of the Final Hearing, the debtor is authorized to utilize the cash generated by each piece of real property that he owns solely for the purpose of paying insurance, real property taxes, operating expenses and debt service attributable to that piece of property and no other and only (a) to the extent absolutely necessary and (b) in amounts not to exceed the amounts set forth on the budget attached hereto as **Exhibit "1"(a-d)**. To the extent that any piece of real property generates cash in excess of the authorized and necessary expenditures, that cash shall be held in a segregated account pending further order of the Court.

4. Debtor is ordered to file and serve, if any, an updated budget and report by September 14, 2010.

5.      Alleged secured creditors of the Debtor with liens on the Debtor's cash collateral shall be entitled to replacement liens with the same extent, validity, scope and priority as the prepetition liens held by such creditors.

6.      Any further oppositions to the Motion must be filed with the Court and served on the United States Trustee, parties requesting special notice, the 20 largest general unsecured creditors and counsel to the Debtor so that it is received by no later than September 14, 2010.

7.      Any replies to further oppositions to the Motion must be filed with the Court, with a conformed copy delivered to chambers and a copy served on the United States Trustee, parties requesting special notice, the 20 largest general unsecured creditors and counsel to the objecting party so that any such reply is received by the foregoing parties by no later than September 20, 2010.

**IT IS SO ORDERED.**

####

DATED: September 13, 2010

_____
United States Bankruptcy Judge

# EXHIBIT 1

# TOMAS MARTINEZ    BK # 2:10-bk-35693-BB

"Monthly Operating Budget"    **Ammended**    on   August  1st, 2010

Rental Property

**1032 – 1034  S.  ROWAN AVE, LOS ANGELES, CA 90023**

## * Tenant's names :

| Unit | Name |
|---|---|
| 1032 | * Jose Ramon Bustamante |
| 1032 | * Pedro Diaz |
| 1034 | * Juan Cueva |

| INCOME per Unit: | JULY 2010 | AUGUST 2010 | SEPT 2010 |
|---|---:|---:|---:|
| 1032 * | $ 1,100.00 | $ 1,200.00 | $ 1,200.00 |
| 1032 * | $ 800.00 | $ 800.00 | $ 800.00 |
| 1034 * | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| **Total Mo Rents Income:** | $ 3,200.00 | $ 3,300.00 | $ 3,300.00 |
| **Previous Mo. Reserve:** | $  - | $ 3,200.00 | $ 3,921.96 |
| **TOTAL AVAILABLE FUNDS :** | $ 3,200.00 | $ 6,500.00 | $ 7,221.96 |

| EXPENSES: | JULY 2010 | AUGUST 2010 | SEPT 2010 |
|---|---:|---:|---:|
| **Unit  # 1032** | | | |
| * SoCal Edison | $  - | $ 234.78 | $ 105.00 |
| * The Gas Co. | $  - | $ 102.59 | $ 50.00 |
| **Unit # 1032 - # 1034** | | | |
| * Cal Water | $  - | $ 236.26 | $ 75.00 |
| * Farmers Ins  # 1032 | $  - | $ 32.74 | $ 20.74 |
| * Farmers Ins   # 1034 | $  - | $ 37.48 | $ 25.48 |
| * BOA 1st Mtge-Plan installment | $  - | $ 1,634.19 | $ 1,634.19 |
| **REPAIRS / MAINTENANCE** | $  - | $ 100.00 | $ 100.00 |
| **OFFICE  EXPENSES** | $  - | $ 100.00 | $ 100.00 |
| **VEHICLE EXPENSES** | $  - | $ 100.00 | $ 100.00 |
| **Total Mo. Expenses :** | $  - | $ 2,578.04 | $ 2,210.41 |
| **Mo. Avail. Cash Flow:** | $ 3,200.00 | $ 3,921.96 | $ 5,011.55 |

| In Re: | CHAPTER 11 |
|---|---|
| Tomas Martinez, dba Cucamonga Redwood Nursery Products | CASE NUMBER: 2:10-bk-35693-BB |
| Debtor(s) | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071

A true and correct copy of the foregoing document described Order:  **INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL ON INTERIM BASIS PENDING A FINAL HEARING**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 1, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

XXXXX    Service information continued on attached page.

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/13/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by

facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9 /1 /10 | *Maritza Sandoval* | /s/ Maritza Sandoval |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Debtor**
Tomas Martinez
P. O. Box 310
Rancho Cucamonga, CA 91729

**U.S. Trustee**
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

**Attorney For Debtor**
Anthony O. Egbase
Law Offices of Anthony O. Egbase
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071

**Secured Creditors**
BAC Home Loans Servicing
450 American Street
Simi Valley, CA 93065

BAC Home Loans Servicing
Agent for Service of Process
CT Corporation
818 W. Seventh Street
Los Angeles, CA 90017

HSBC Mortgage Services
Agent for Service of Process
CT Corporation
818 W. Seventh Street
Los Angeles, CA 90017

EMC Mortgage Corporation
Agent for Service of Process
CT Corporation
818 W. Seventh Street
Los Angeles, CA 90017

Nissan Motor Corporation
P. O. Box 660366
Dallas, TX 75266

One West Bank
P. O. Box 78826
Phoenix, AZ 85062-8826

**Twenty Largest Unsecured Creditors**

AAA
P.O. Box 25001
Santa Ana, CA 92799

Ana Manzo
707 N. Cummings Street
Los Angeles, CA 90033

Bank of America
1801 Broadway
San Antonio, TX 78215

Bank of America
P.O. Box 7047
Dover, DE 19903

Calvary Portfolio Services
Attn: Bankruptcy Dept.
P.O. Box 1017
Hawthorne, NY 10532

Chase
P. O. Box 94014
Phoenix, AZ 85062

Citibank Sd, NA
Attn: Centralized Bankruptcy
P. O. Box 20507
Kansas City, MO 64195

Citibank USA
Attn: Centralized Bankruptcy
P. O. Box 2063
Kansas City, MO 64195

Collection Consultants
6100 San Fernando Road
Glendale, CA 91201

Discover Fin
Attn: Bankruptcy Dept.
P. O. Box 3025
New Albany, OH 43054

Edison
P. O. Box 800
Rosemead, CA 91770

Gas Company
P. O. Box 800
San Dimas, CA 91773

Hilco Rec
Attn: Bankruptcy
1120 Lake Cook Road, Ste. B
Buffalo Grove, IL 60089

Home Depot
P. O. Box 6028
The Lakes, NV 88901

HSBC
P. O. Box 60102
City of Industry, CA 91716

Kaiser Permanente
Attn: Visiting Members
P. O. Box 34585
Seattle, WA 98124

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Lowe's
P.O. Box 530914

Atlanta, GA 30353-0914

Main Street Acquisition
3950 Johns Creek Ct.
Suwanee, GA 30024

OneWest Bank
P. O. Box 78826
Phoenix, AZ 85062-8826

Pite Duncan, LLP
EMC Mortgage Corporation

Upfront Rewards
P. O. Box 888377
Grand Rapids, mi 49588

Verizon
P. O. Box 165018
Columbus, OH 43216

Water Power, DWP
P. O. Box 51111
Los Angeles, CA 90051

Wells Fargo Bank
P. O. Box 5445
Portland, OR 97228

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)   **INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL ON INTERIM BASIS PENDING A FINAL HEARING**
was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of         9/1/10        , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Anthony Egbase info@anthonyegbaselaw.com
- Russell Clementson – Russell.clementson@usdoj.gov
- Ramesh Singh – claims@recoverygroup.com
- Balpreet Thiara – ecfcacb@piteduncan.com
- United States Trustee- ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an en entered @ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**Debtor**
Tomas Martinez
P. O. Box 310
Rancho Cucamonga, CA 91729

**U.S. Trustee**
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

**Attorney For Debtor**
Anthony O. Egbase
Law Offices of Anthony O. Egbase
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071

**Secured Creditors**
BAC Home Loans Servicing
450 American Street
Simi Valley, CA 93065

BAC Home Loans Servicing
Agent for Service of Process
CT Corporation
818 W. Seventh Street
Los Angeles, CA 90017

HSBC Mortgage Services
Agent for Service of Process
CT Corporation
818 W. Seventh Street
Los Angeles, CA 90017

EMC Mortgage Corporation
Agent for Service of Process
CT Corporation
818 W. Seventh Street
Los Angeles, CA 90017

Nissan Motor Corporation
P. O. Box 660366
Dallas, TX 75266

One West Bank
P. O. Box 78826
Phoenix, AZ 85062-8826

INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL ON INTERIM BASIS PENDING A FINAL HEARING

10

**Twenty Largest Unsecured Creditors**

AAA
P.O. Box 25001
Santa Ana, CA 92799

Ana Manzo
707 N. Cummings Street
Los Angeles, CA 90033

Bank of America
1801 Broadway
San Antonio, TX 78215

Bank of America
P.O. Box 7047
Dover, DE 19903

Calvary Portfolio Services
Attn: Bankruptcy Dept.
P.O. Box 1017
Hawthorne, NY 10532

Chase
P. O. Box 94014
Phoenix, AZ 85062

Citibank Sd, NA
Attn: Centralized Bankruptcy
P. O. Box 20507
Kansas City, MO 64195

Citibank USA
Attn: Centralized Bankruptcy
P. O. Box 2063
Kansas City, MO 64195

Collection Consultants
6100 San Fernando Road
Glendale, CA 91201

Discover Fin
Attn: Bankruptcy Dept.
P. O. Box 3025
New Albany, OH 43054

Edison
P. O. Box 800
Rosemead, CA 91770

Gas Company
P. O. Box 800
San Dimas, CA 91773

Hilco Rec
Attn: Bankruptcy
1120 Lake Cook Road, Ste. B
Buffalo Grove, IL 60089

Home Depot
P. O. Box 6028
The Lakes, NV 88901

HSBC
P. O. Box 60102
City of Industry, CA 91716

Kaiser Permanente
Attn: Visiting Members
P. O. Box 34585
Seattle, WA 98124

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Lowe's
P.O. Box 530914
Atlanta, GA 30353-0914

Main Street Acquisition
3950 Johns Creek Ct.
Suwanee, GA 30024

OneWest Bank
P. O. Box 78826
Phoenix, AZ 85062-8826

Pite Duncan, LLP
EMC Mortgage Corporation

Upfront Rewards
P. O. Box 888377
Grand Rapids, mi 49588

Verizon
P. O. Box 165018
Columbus, OH 43216

Water Power, DWP
P. O. Box 51111
Los Angeles, CA 90051

Wells Fargo Bank
P. O. Box 5445
Portland, OR 97228